# EXHIBIT M

*C9*



DEPARTMENT OF VETERANS AFFAIRS
PACIFIC ISLANDS HEALTH CARE SYSTEM
Spark M. Matsunaga Medical Center
459 Patterson Road
Honolulu HI 96819-1522
Phone (808)433-0061

In Reply Refer

May 3, 2012

To Whom It May Concern:

Ms. Lavern Spillane (date of birth: ▓▓▓▓▓▓▓) is a patient at the Honolulu VA Clinic where she receives regular care for several medical conditions including: bilateral hallux valgus with foot pain, neck pain with musculoskeletal strain, rhinosinusitis, and menorrhagia, among others. The severity of Ms. Spillane's medical conditions and resultant symptoms vary, thus she is requesting alteration of her work schedule as needed to manage symptoms and so that she may most effectively perform her job duties. She will attempt to work the required number of hours each week even if her schedule is altered.

Sincerely,

*Laura Jones, MD*

Laura Jones, MD
Internal Medicine/Primary Care Physician
ACC/Module #3



'|| - 00264

**EXHIBIT M**